# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS M. NERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD B. IVES, et al.,<br><br>　　　　Defendants. | Case No. CV 14-00859-BRO (JEM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT IS HEREBY ORDERED as follows:

　　　　1. Plaintiff's request to remand this matter back to State court (see Docket No. 25; see also Docket No. 22) is DENIED;

　　　　2. Plaintiff's motion for a default judgment (see Docket No. 24) is DENIED;

3. Defendant's Motion to Dismiss Plaintiff's Complaint in its entirety is GRANTED. The Complaint is dismissed with leave to file a First Amended Complaint **within thirty (30) days** of this Order;

4. Plaintiff's motion for summary judgment (see Docket No. 27) is DENIED as moot;

5. Any request for relief included in Plaintiff's "Court Decree" (see Docket No. 28) is DENIED without prejudice to Plaintiff including any appropriate claim(s) set forth therein in his First Amended Complaint.

DATED: July 7, 2014

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE